IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEFFREY WALKER,

    Plaintiff,

vs.                               5:05-CV-075-SPM

OFFICER ROBERT POWELL,

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND REMANDING CASE**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 37) filed December 19, 2006. The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections were filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The magistrate judge's report and recommendation (doc. 37) is adopted and incorporated by reference in this order.

2. Defendant's special report (doc. 26), construed by the magistrate as a motion for summary judgment, is hereby *denied*.

3. This matter is remanded to the magistrate judge for further proceedings.

**DONE AND ORDERED** this <u>eighteenth</u> day of January, 2007.

<u>  *s/ Stephan P. Mickle*  </u>
Stephan P. Mickle
United States District Judge