IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEFFREY JEROME WALKER,
    Plaintiff,

vs.                                      5:05cv75/SPM/MD

OFFICER ROBERT POWELL,
    Defendant.

## ORDER

This case came before the district court for a pre-trial conference on October 9, 2007 at which both parties consented the exercise of magistrate judge jurisdiction. (Doc. 79, minute entry of proceedings). Pending is defendant Robert Powell's Motion to Dismiss or, Alternatively, for Summary Judgment. (Doc. 78). If plaintiff wishes to oppose this motion, he shall file his response in opposition within twenty days from the date of this order.

DONE AND ORDERED this 15th day of October, 2007.

/s/ *Miles Davis*
    **MILES DAVIS**
    **UNITED STATES MAGISTRATE JUDGE**