IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEFFREY JEROME WALKER,
    Plaintiff,

vs.                                            5:05cv75/MD

ROBERT POWELL,
    Defendant.

## **ORDER**

      Plaintiff was granted leave to proceed *in forma pauperis* in this case on May 17, 2005, and no initial partial filing fee was assessed (doc. 6). As set forth in the court's order granting leave to proceed *in forma pauperis*, until the filing fee is paid in full, plaintiff is to make regular payments of twenty percent of the preceding month's deposits,[1] each time the balance in his prisoner account exceeds $10.00. No payments have yet been received from the plaintiff. Plaintiff is reminded that he is ultimately responsible for making the required payments to the court until the filing fee is paid in full, even if such payments are not timely made by the institution. Regardless of whether the fault for non-payment lies with the institution or the plaintiff, "a prisoner who fails to ensure that the required sum is remitted in one month must make it up later." *Lucien v. DeTella*, 141 F.3d 773, 776 (7th Cir. 1998). And, plaintiff was previously warned that if he spent funds that should have been forwarded to the court, his case might be dismissed for non-payment.

---

[1] Gifts from a prisoner's family or friends are included as part of the preceding month's deposits in calculating plaintiff's filing fee obligations.

Accordingly, it is ORDERED:

Within twenty (20) days from the date of this order, plaintiff shall submit a copy of his inmate trust account statement from April of 2005 through the present, appended to a pleading entitled "Notice of Compliance with Court Order."  If any deposits were made during this time period, plaintiff shall explain his expenditure of these funds, whether on food or other canteen purchases, and also shall explain why no installment payments have been made towards the $250.00 filing fee in this case.  Plaintiff is advised that failure to comply with this order may result in dismissal of this action.

DONE AND ORDERED this 8th day of November, 2007.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**