FLN (Rev. 4/2004) Deficiency Order                                                                                                           Page 1 of 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

JEFFREY JEROME WALKER

    vs                                                                 Case No. 5:05cv75/MD

OFFICER ROBERT POWELL

_____

## ORDER

Plaintiff has submitted a note addressed to **"CLERK" (received 1/17/2008), requesting two 1983 forms to amend present action, and has included "19 forty-one cent stamps and one twenty six cent stamp $8.05 to deduct from my lien. Please accept stamps"**, was referred to the undersigned with the following deficiencies:

    The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

    Your document is not properly captioned for this court.  Every paper you file after the complaint must have the name of this court, the case style, the case number and the title of your pleading.  The body of your pleading should state the nature of your request and what you want the court to do for you.

For these reasons, IT IS ORDERED that:

XX    The submitted hard copy of the document shall be returned to you by the Clerk without electronic filing.

XX    Other: Plaintiff is advised that only U.S. Currency (including checks or money orders) may be used to satisfy his obligations to the court.  The clerk shall return plaintiff's stamps to him.

XX    The clerk shall also send plaintiff a copy of a form for use in § 1983 cases.  Plaintiff is advised that a motion for leave of court is required when seeking to amend a pleading.  A copy of the amended pleading, in its entirety, shall accompany the motion.  See N.D. Fla. Loc. R. 15.1.  And, a memorandum is required by N.D. Fla. Loc. R. 7.1(A).

*FLN (Rev. 4/2004) Deficiency Order* *Page 2 of 2*

DONE and ORDERED this 18th day of January, 2008.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE