IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEFFREY JEROME WALKER,
      Plaintiff,

vs.                                        5:05cv75/SPM/MD

OFFICER ROBERT POWELL,
      Defendant.

## O R D E R

Plaintiff has filed a motion to issue a writ of habeas corpus ad testificandum in which he seeks to secure the attendance of seven inmate witnesses for trial. (Doc. 146). The inmates are housed at four different institutions as far away as Miami, Florida, and DOC records reflect that each is currently in close custody. This case is presently set for trial on August 18, 2008 at the federal courthouse in Panama City, Florida. The number and custody status of inmate witnesses presents security issues for the smaller Panama City courthouse. In addition, there is a possibility that some or all of the plaintiff's witnesses will be able to testify by video conference, and such facilities are more readily available at the Pensacola Courthouse. Therefore, in the interest of justice and security, the case will be tried in the federal courthouse in Pensacola, Florida. Neither party will be prejudiced by the change of venue, and the change in venue will ensure that plaintiff is able to present his case unhampered by security or technological constraints.

Accordingly, it is ORDERED:

The court's May 2, 2008 order setting trial (doc. 130) is modified to reflect that this case is set for jury trial beginning at 9:00 a.m. on August 18, 2008 at the United States Courthouse, 1 N. Palafox St., Pensacola Florida. The case will remain in the first position on the docket and will be tried immediately following jury selection.

*Page 2 of 2*

In all other respects, the order setting trial remains unchanged.

DONE AND ORDERED this 26th day of June, 2008.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**