IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEFFREY JEROME WALKER,
        Plaintiff,

vs.                         5:05cv75/SPM/MD

OFFICER ROBERT POWELL,
        Defendant.

---

# O R D E R

It has come to the attention of the undersigned that three of the subpoenas duces tecum issued pursuant to the court's order of June 27, 2008 (doc. 157) were not promptly served on the identified non-parties such that the plaintiff's requests were neither honored, nor objected to. The only subpoena that was successfully served was the subpoena issued for Kathleen Fuhrman, who, the court has been advised, has provided the requested documents to the plaintiff by mail for his review. Counsel for the Department of Corrections and Counsel for GEO group, which operates Graceville Correctional Facility, have been provided with copies of the three remaining subpoenas. Subject to any objection, the requested documents that are available will be provided to the plaintiff for his review and copying (at plaintiff's expense) if he chooses.[1] Plaintiff is advised that although the district court set no formal discovery period, due to the procedural posture of this case, no further discovery requests will be honored, with the exception of matters relating to the pending subpoenas duces tecum.

Accordingly, it is ORDERED:

Plaintiff is advised that his request for the items identified in the subpoenas duces tecum directed to the Chief Health Officer, the Inmate Grievance Coordinator, and the

---

[1] Plaintiff apparently failed to make arrangements with officials at Graceville Correctional Facility in accordance with the court's order of June 27, 2008 regarding the subpoenas duces tecum.

Classification Supervisor, will be promptly provided or objected to, and that with the exception of matters relating to these subpoenas, no further discovery requests will be honored.

The clerk is directed to mail a copy of this order to: Richard Joseph Saliba, Esq., Office of General Counsel, Department of Corrections, 2601 Blairstone Road, Tallahassee, FL 32399-2500, and John J. Bulfin, Esq., the GEO Group Inc., One Park Place Suite 700, 621 NW 53rd St., Boca Raton, FL 33487.  Copies of any objections to the requests made in the subpoenas duces tecum shall be served upon the plaintiff at his address of record: Jeffrey Jerome Walker, #075763, Graceville Correctional Facility, 5168 Ezell Dr., Graceville, FL 32440-2402.

DONE AND ORDERED this 11th day of July, 2008.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**