IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEFFREY JEROME WALKER,
    Plaintiff,

vs.                                          5:05cv75/MD

OFFICER ROBERT POWELL,
    Defendant.

---

## O R D E R

Plaintiff has filed objections to this court's July 7, 2008 findings to support videoconferencing. (Doc. 165).[1]  He appears to contend that the record does not support the court's decision to allow video testimony of his witnesses.  Counsel for the Florida Department of Corrections has filed a Notice of Special Appearance by Department of Corrections Motion for Video Conferencing and Motion for Clarification with supporting affidavits and has served a copy on the plaintiff and on counsel for the defendant.  Before the court rules on the DOC's motion, the plaintiff shall be afforded the opportunity to respond.

---

[1] The certificate of service indicates that plaintiff has sent a copy of his objections to District Judge Stephan Mickle.  Because the parties orally consented to the exercise of jurisdiction by the undersigned magistrate judge pursuant to the provisions of 28 U.S.C. § 636(b)(3) and N.D. Fla. Loc. R. 73.1, Judge Mickle no longer has jurisdiction in this case.  (Doc. 85).  Any "appeal" of an order entered by the undersigned will be transmitted directly to the Eleventh Circuit Court of Appeal.  The plaintiff's objections are construed as a request for reconsideration and/or clarification.

Accordingly, it is ORDERED:

Within ten days from the date of this order, plaintiff shall file his response to the motion for videoconferencing and motion for clarification filed by the Department of Corrections.

DONE AND ORDERED this 18th day of July, 2008.

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**