IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEFFREY JEROME WALKER,
    Plaintiff,

vs.                                 5:05cv75/MD

ROBERT POWELL,
    Defendant.

## O R D E R

This case has been referred to the undersigned magistrate judge for disposition pursuant to the authority of 28 U.S.C. § 636(c) based on consent by the parties to magistrate judge jurisdiction. Plaintiff has now moved for voluntary dismissal, indicating that the parties have reached a settlement in this case. (Doc. 187).

Accordingly it is ORDERED:

1. The jury trial currently scheduled for August 18, 2008 is hereby CANCELLED.

2. All pending motions are DENIED as MOOT.

3. Plaintiff's motion for voluntary dismissal (doc. 187) is GRANTED, and this cause is hereby dismissed with prejudice with each party to bear their respective costs and attorneys' fees.

4. In the event settlement is not consummated for any reason, the court reserves the power, upon motions filed by any party within sixty (60) days, to amend, alter or vacate and set aside this order of dismissal.

DONE AND ORDERED this 5th day of August, 2008.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**