# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JEFFREY JEROME WALKER

    VS                                      CASE NO. 5:05CV75/MD

OFFICER ROBERT POWELL

## REFERRAL AND ORDER

Referred to Magistrate Judge Davis on   January 13, 2009

Motion/Pleadings: MOTION FOR CERTIFICATE OF APPEALABILITY

Filed by Plaintiff    on 1/13/09    Doc.# 237

RESPONSES:

                    on          Doc.#

                    on          Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/ Katherine V. Goodman*
Deputy Clerk: Katherine V. Goodman

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 14th day of January, 2009, that:*

*(a) The relief requested is DENIED as moot.*

*(b) No certificate of appealability is required in § 1983 cases.*

/s/ *Miles Davis*

*Miles Davis*
*United States Magistrate Judge*