UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEFFREY JEROME WALKER

    VS                                  CASE NO.  5:05CV75/MD

OFFICER ROBERT POWELL

### REFERRAL AND ORDER

Referred to Magistrate Judge Davis on    February 3, 2009
Motion/Pleadings: REQUEST FOR RECORD ON APPEAL
Filed by Plaintiff    on 2/3/09    Doc.# 245
RESPONSES:

                                  on                Doc.#
                                  on                Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*/s/ Katherine V. Goodman*
Deputy Clerk: Katherine V. Goodman

### *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 5th day of February, 2009, that:*

*(a) The relief requested is DENIED as moot. This will be prepared upon request by the Eleventh Circuit.*

*(b)* _____

/s/ *Miles Davis*

*Miles Davis*
*United States Magistrate Judge*